# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00279-CV

**Universal Insurance Exchange; Universal Paratransit Insurance Services, Corp.;
DKJ Group, Inc., Special Deputy Receiver for Universal Insurance Exchange and
Universal Paratransit Insurance Services Corp., Appellants**

**v.**

**Kourosh Hemyari, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GV-06-000119, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a "Joint Motion to Dismiss Appeal," informing this Court that they have settled their underlying dispute and the district court has approved the settlement. We grant the parties' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

 

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Joint Motion

Filed:   August 26, 2011